FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 02 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:23CR00276 BSM |
| v. | ) | |
| | ) | 18 U.S.C. § 2118(b), (d) |
| | ) | 18 U.S.C. § 1956(h) |
| KEITH WAYNE BROWN, | ) | 21 U.S.C. § 841(a)(1), (b)(1)(C), (E) |
| ANTOINEN DION HAMPTON, | ) | 21 U.S.C. § 846 |
| DONALD RAY SPENCER, | ) | |
| MARCUS CHRISTOPHER HARGROVE, | ) | |
| REGINALD TREMAYNE JACKSON, | ) | |
| VERNON WADE BALONEY, JR., | ) | |
| EDWIN DONTA BURKS, | ) | |
| NICKLAUS RAMONE FRANKLIN, | ) | |
| LOUIS JOHNSON, III, | ) | |
| NATHAN LIONEL KIBBLE, | ) | |
| JOSHUA ARMUND DELANEY, | ) | |
| FERNANDO RIASCOS, JR., | ) | |
| ALEXIS SIMONE GARNER, | ) | |
| DARON BERNARD LIVINGSTON, | ) | |
| JAIDEN EMMITT FOWLER, | ) | |
| JOSHUA JAYVONNE GRIFFIN, | ) | |
| CIERRA YVONNE JACKSON, | ) | |
| JASMANE LANICE LINCOLN, | ) | |
| KERRY LEWIS WALKER, | ) | |
| JOSEPH TAKEEM NOVA JONES, | ) | |
| JAMES GLEN TURK, | ) | |
| DONTAE EUGENE LEWIS, | ) | |
| LOUIS DICKERSON, JR., | ) | |
| JONATHAN MARIJAHLEE WILLIAMS, | ) | |
| CHRISTOPHER JOHN CLOSURE, | ) | |
| REDRICK DEWAYNE JACKSON, | ) | |
| PAUL ROOSEVELT BANKS, III, | ) | |
| CAMERON ISIAH JOSHUA, | ) | |
| CARL ANTHONY BROOKS, JR., | ) | |
| CHAZZ EUGENE DAVIS, | ) | |
| TORREY JONES, | ) | |
| KIMIA TRANESE RATCLIFF, | ) | |
| MARKEESHA KENYA HAMPTON, | ) | |
| THRISTIAN DAVONTE DUPLECHIN, | ) | |
| KEYIA ROCHELLE THOMAS, | ) | |

| | |
|---|---|
| JASMINE SHANEE HOWARD, | ) |
| JAMES DIONTE HOOD, | ) |
| ISAIAH DALE DUNCAN, | ) |
| JAEVION ARMOND HACKETT, | ) |
| SHAUN KARDOVER LEWIS, JR., | ) |
| ARIO DECLEO STEPHENS, and | ) |
| ALVIN BERNARD WHIDBY, II. | ) |

## <u>SUPERSEDING INDICTMENT</u>

### *COUNT 1*

Beginning in or about February 2022, and continuing through on or about November 7, 2023, in the Eastern District of Arkansas and elsewhere, the defendants,

KEITH WAYNE BROWN,
ANTOINEN DION HAMPTON,
DONALD RAY SPENCER,
MARCUS CHRISTOPHER HARGROVE,
REGINALD TREMAYNE JACKSON,
VERNON WADE BALONEY, JR.,
EDWIN DONTA BURKS,
NICKLAUS RAMONE FRANKLIN,
LOUIS JOHNSON, III,
NATHAN LIONEL KIBBLE,
JOSHUA ARMUND DELANEY,
FERNANDO RIASCOS, JR.,
ALEXIS SIMONE GARNER,
DARON BERNARD LIVINGSTON,
JAIDEN EMMITT FOWLER,
JOSHUA JAYVONNE GRIFFIN,
KERRY LEWIS WALKER,
JOSEPH TAKEEM JONES,
JAMES GLEN TURK,
DONTAE EUGENE LEWIS,
LOUIS DICKERSON, JR.,
JONATHAN MARIJAHLEE WILLIAMS,
CHRISTOPHER JOHN CLOSURE,
REDRICK DEWAYNE JACKSON,
PAUL ROOSEVELT BANKS, III,
CAMERON ISIAH JOSHUA,
CARL ANTHONY BROOKS, JR.,

> CHAZZ EUGENE DAVIS,
> TORREY JONES,
> KIMIA TRANESE RATCLIFF,
> MARKEESHA KENYA HAMPTON,
> THRISTIAN DAVONTE DUPLECHIN,
> KEYIA ROCHELLE THOMAS,
> JASMINE SHANEE HOWARD,
> JAMES DIONTE HOOD,
> ISAIAH JOSEPH DALE DUNCAN,
> JAEVION ARMOND HACKETT,
> SHAUN KARDOVER LEWIS, JR.,
> ARIO DECLEO STEPHENS, and
> ALVIN BERNARD WHIDBY, II,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to knowingly and intentionally possess with intent to distribute and to distribute oxycodone, hydrocodone, alprazolam, and other Schedule II, III, IV, and V controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and (b)(1)(E).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

At all times material to this Indictment:

A. The Bryant Family Pharmacy is a pharmacy operating at 3801 Highway 5, Bryant, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

B. On or about February 27, 2022, in the Eastern District of Arkansas, the defendant,

> KEITH WAYNE BROWN,

did voluntarily and intentionally travel in interstate commerce and use a facility of interstate

commerce to facilitate entering the Bryant Family Pharmacy without authority and with the intent to steal any material or compound therein containing a controlled substance, in violation of Title 18, United States Code, Section 2118(b).

## COUNT 3

At all times material to this Indictment:

    A. The Professional Pharmacy is a pharmacy operating at 1515 Medical Drive, Stuttgart, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

    B.     On or about March 25, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

ANTOINEN DION HAMPTON,
DONALD RAY SPENCER,
MARCUS CHRISTOPHER HARGROVE,
VERNON WADE BALONEY, JR., and
EDWIN DONTA BURKS,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Professional Pharmacy without authority and with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy, two of the defendants broke the glass of the pharmacy's front door and entered the pharmacy, thereafter

removing bottles containing controlled substances from the pharmacy shelves, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

## COUNT 4

At all times material to this Indictment:

    A. The Smith-Caldwell Pharmacy is a pharmacy operating at 414 N. Main Street, Benton, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

    B.    On or about March 31, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

> REGINALD TREMAYNE JACKSON,
> NICKLAUS RAMONE FRANKLIN, and
> LOUIS JOHNSON, III,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Smith-Caldwell Pharmacy without authority and with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy, one or more of the defendants broke the glass of the pharmacy's prescription drop-off window, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

## COUNT 5

At all times material to this Indictment:

A. The Westside Pharmacy is a pharmacy operating at 620 West South Street, Benton, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

B.   On or about March 31, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

REGINALD TREMAYNE JACKSON,
NICKLAUS RAMONE FRANKLIN, and
LOUIS JOHNSON, III,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Westside Pharmacy without authority and with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy, one or more of the defendants broke the glass of the pharmacy's drive through window and entered the pharmacy, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

## COUNT 6

At all times material to this Indictment:

A. The McCoy-Tygart Drug Store is a pharmacy operating at 821 N. Rock Street,

Sheridan, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

B.  On or about April 17, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

> REGINALD TREMAYNE JACKSON,
> NATHAN LIONEL KIBBLE,
> FERNANDO RIASCOS, JR, and
> JOSHUA ARMUND DELANEY,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Mc-Coy-Tygart Drug Store without authority and with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy, one or more of the defendants broke the glass of the pharmacy's front door and entered the pharmacy, thereafter removing bottles containing controlled substances from the pharmacy shelves, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

## COUNT 7

At all times material to this Indictment:

A. The Atkins Family Pharmacy is a pharmacy operating at 1601 N. Church Street, Atkins, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code,

Section 822.

B. On or about April 17, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

> REGINALD TREMAYNE JACKSON,
> NATHAN LIONEL KIBBLE,
> FERNANDO RIASCOS, JR., and
> JOSHUA ARMUND DELANEY,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Atkins Family Pharmacy without authority and with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy, one or more of the defendants broke the glass of the pharmacy's drive through window and entered the pharmacy, thereafter removing bottles containing controlled substances from the pharmacy shelves, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

## COUNT 8

At all times material to this Indictment:

A. The Cobb's Westside Pharmacy is a pharmacy operating at 108 Skyline Drive, Russellville, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

B. On or about April 17, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

REGINALD TREMAYNE JACKSON,
NATHAN LIONEL KIBBLE,
FERNANDO RIASCOS, JR., and
JOSHUA ARMUND DELANEY,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Cobb's Westside Pharmacy without authority and with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy, one or more of the defendants broke the glass of the pharmacy's front door and entered the pharmacy, thereafter removing bottles containing controlled substances from the pharmacy shelves, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

## COUNT 9

At all times material to this Indictment:

   A. The Express Rx Pharmacy of Trumann is a pharmacy operating at 329 North Hwy 463, Trumann, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

   B.   On or about April 21, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

ANTOINEN DION HAMPTON and MARCUS CHRISTOPHER HARGROVE,

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate

entering the Express Rx Pharmacy of Trumann without authority and with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy, one or more of the defendants broke the glass of the pharmacy's front door and entered the pharmacy, thereafter removing bottles containing controlled substances from the pharmacy shelves, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

### COUNT 10

At all times material to this Indictment:

> A. The Greystone Rx pharmacy is a pharmacy operating at 15361 S.H. 5, Suite F (Cabot City Mall), Cabot, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.
>
> B. On or about April 25, 2022, in the Eastern District of Arkansas, the defendant,

### KEITH WAYNE BROWN,

did voluntarily and intentionally travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Greystone Rx pharmacy without authority and with the intent to steal any material or compound therein containing a controlled substance, in violation of Title 18, United States Code, Section 2118(b).

### COUNT 11

At all times material to this Indictment:

> A. The Lowery Drug Mart pharmacy is a pharmacy operating at 700 Golf Course Drive,

    Searcy, Arkansas that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

B. On or about April 25, 2022, in the Eastern District of Arkansas, the defendant,

**KEITH WAYNE BROWN,**

did voluntarily and intentionally travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Lowery Drug Mart without authority and with the intent to steal any material or compound therein containing a controlled substance, in violation of Title 18, United States Code, Section 2118(b).

## *COUNT 12*

At all times material to this Indictment:

    A. The Health-Way Save-On Drugs pharmacy is a pharmacy operating at 1903 W. Dewitt Henry Drive, Beebe, Arkansas, that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

    B. On or about April 25, 2022, in the Eastern District of Arkansas, the defendant,

**KEITH WAYNE BROWN,**

did voluntarily and intentionally travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Health-Way Save-On Drugs without authority and with the intent to steal any material or compound therein containing a controlled substance, in violation of

Title 18, United States Code, Section 2118(b).

## COUNT 13

On or about April 17, 2023, in the Eastern District of Arkansas, the defendant,

ALEXIS SIMONE GARNER,

knowingly and intentionally possessed with intent to distribute Schedule II controlled substances, including oxycodone and hydrocodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 14

On or about June 8, 2023, in the Eastern District of Arkansas, the defendants,

ANTOINEN DION HAMPTON,
JAIDEN EMMITT FOWLER, and
JOSHUA JAYVONNE GRIFFIN,

knowingly and intentionally possessed with intent to distribute Schedule II controlled substances, including oxycodone and hydrocodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 15

From in or about February 2022, and continuing to on or about November 7, 2023, in the Eastern District of Arkansas and elsewhere, the defendants,

KEITH WAYNE BROWN,
ANTOINEN DION HAMPTON,
DONALD RAY SPENCER,
NICKLAUS RAMONE FRANKLIN,
FERNANDO RIASCOS, JR.,
DARON BERNARD LIVINGSTON,
ALEXIS SIMONE GARNER,
JAIDEN EMMITT FOWLER,
JOSHUA JAYVONNE GRIFFIN,
CIERRA YVONNE JACKSON, and

JASMANE LANICE LINCOLN,

willfully and knowingly conspired with each other, and others known and unknown to the grand jury, to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute Schedule II, III, IV and V controlled substances, in violation of Title 21, United States Code, Section 846, (1) with the intent to promote the carrying on of such specified unlawful activity, and (2) knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more crimes charged in Counts 1, 13 and 14 of this Indictment, the defendants, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense, including, but not limited to a money judgment that represents the property constituting, or derived from proceeds obtained as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more crimes charged in Counts 1, 13 and 14 of this Indictment, the defendants, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to

commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of the crime alleged in Count 15 of this Indictment, the defendants, shall forfeit to the United States, under Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in the offense, and all property that is traceable to the property involved in the offense, including, but not limited to a money judgment that represents the property constituting, or derived from proceeds obtained as a result of the offense.

☐  NO TRUE BILL.                                ☑  TRUE BILL.


**REDACTED SIGNATURE**

FOREPERSON


JONATHAN D. ROSS
United States Attorney

_/s/ Anne E. Gardner_
ASSISTANT UNITED STATES ATTORNEY
ANNE E. GARDNER
Bar No. 2023055
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov